No. 87–719. MARTIN v. GEORGIA DEPARTMENT OF PUBLIC SAFETY ET AL. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE BRENNAN would postpone further consideration of the question of jurisdiction to a hearing of the case on the merits.

No. 87–720. HAGEN, EXECUTRIX OF THE ESTATE OF HAGEN v. SOUTH DAKOTA ET AL. Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction.

No. 87–756. CHAPMAN v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–779. DOBARD v. CITY OF OAKLAND ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5625. AUGUST v. COUNTY OF LOS ANGELES. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5731. DENARDO v. WILLIAMS ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5837. BOYD v. UNITED STATES. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.